1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID WAYNE JOHNSON,

11            Petitioner,              No. CIV S-10-1568 KJM DAD P

12        vs.

13   SWARTHOUT, Warden,

14            Respondent.              <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On April 22, 2011, the undersigned issued findings

18   and recommendations, recommending that respondent's motion to dismiss be denied.  While the

19   findings and recommendations were pending, petitioner filed a motion requesting that the

20   assigned district judge rule on those findings and recommendations.  On August 12, 2011, the

21   assigned district judge adopted the findings and recommendations in full and ordered respondent

22   to file an answer to petitioner's amended petition within sixty days, thereby rendering petitioner's

23   motion for a ruling moot.

24   /////

25   /////

26   /////

                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a ruling on the findings and recommendations (Doc. No. 18) is denied as moot.

DATED: August 23, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john1568.moot